# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3740

_____

Anthony James Moore,

        Appellant,

v.

Leann K. Bertsch,

        Appellee.

\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Minnesota.
\*
\*   [UNPUBLISHED]
\*
\*

_____

Submitted: February 16, 2012
Filed: February 21, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

North Dakota inmate Anthony Moore appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 action without prejudice under 28 U.S.C. § 1915A based on its determination that personal jurisdiction over the only named defendant–the Director of North Dakota Department of Corrections & Rehabilitation–was lacking. To the extent Moore has not waived any challenge to the determination as to personal jurisdiction, see Meyers v. Starke, 420 F.3d 738, 743 (8th Cir. 2005), we

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.

find that dismissal was proper, <u>see</u> <u>Cooper v. Schriro</u>, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo review of § 1915A dismissal); <u>see also</u> <u>Johnson v. Woodcock</u>, 444 F.3d 953, 955-56 (8th Cir. 2006) (discussing requirements for personal jurisdiction).  The district court is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____